MATERN LAW GROUP
1230 ROSECRANS
AVENUE, STE 200
MANHATTAN
BEACH, CA 90266

**UNITED STATES DISTRICT OF COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| CLAUDIA GARCIA, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ISS FACILITY SERVICES, INC., a Delaware corporation; ISS FACILITY SERVICES CALIFORNIA, INC.; a Delaware corporation; BROADRIDGE FINANCIAL SOLUTIONS, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 3:19-cv-07807-RS<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** AS MODIFIED BY THE COURT<br>Judge: Hon. Richard Seeborg<br>Crtrm.: 3<br><br>Trial Date: None Set |

Having reviewed the Stipulation presented by counsel requesting continuance of the Initial Case Management Conference, and good cause appearing that a continuance is warranted,

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. The Initial Case Management Conference be continued to April 16, 2020 at 10:00 am

2. The deadline to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan will be continued to 21 days in advance of the new Initial Case Management Conference; and

3. The deadline to file the Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report and to file Case Management Statement per Standing Order re Contents of Joint Case Management Statement will be continued to 7 days in advance of the new Initial Case Management Conference.

DATED: March 2, 2020

_____
Hon. Richard Seeborg
United States District Court Judge