UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>ISS FACILITY SERVICES, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-07807-RS<br><br>**ORDER EXTENDING BRIEFING SCHEDULE** |

Defendants' deadline to submit its supplemental materials as ordered in Docket No. 123 is extended to January 18, 2024. Plaintiff's deadline to reply is extended to February 1, 2024. The matter will then be reset for hearing or submitted for decision without oral argument, at the Court's discretion.

**IT IS SO ORDERED**.

Dated: January 2, 2024

_____
RICHARD SEEBORG
Chief United States District Judge