MATERN LAW GROUP, PC
MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
MATTHEW W. GORDON (SBN 267971)
mgordon@maternlawgroup.com
ERIN R. HUTCHINS (SBN 346557)
ehutchins@maternlawgroup.com
2101 E. El Segundo Boulevard, Suite 403
El Segundo, California 90245
Telephone: (310) 531-1900
Facsimile:  (310) 531-1901

Attorneys for Plaintiff
CLAUDIA GARCIA, individually and on behalf
of all others similarly situated


O'DELL LAW GROUP, APC
Julie W. O'Dell, Esq. SBN 291083
julie.odell@odelllawgroup.com
Victoria S. Yim, SBN 341204
victoria.yim@odelllawgroup.com
30950 Rancho Viejo Road, Suite 226
San Juan Capistrano, CA 92675
Telephone: (949) 409-1919

Attorneys for Defendants, ISS FACILITY
SERVICES, INC., ISS FACILITY SERVICES
CALIFORNIA, INC., and BROADRIDGE
FINANCIAL SOLUTIONS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CLAUDIA GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ISS FACILITY SERVICES, INC., a Delaware corporation; ISS FACILITY SERVICES CALIFORNIA, INC., a Delaware corporation; BROADRIDGE FINANCIAL SOLUTIONS, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 3:19-cv-07807-RS<br><br>**JOINT CASE MANAGEMENT STATEMENT IN ADVANCE OF JANUARY 15, 2026 CASE MANAGEMENT CONFERENCE**<br><br>Date:       January 15, 2026<br>Time:       10:00 a.m.<br><br>Judge:      Hon. Richard Seeborg<br>Crtrm.:     3<br>Trial Date: None Set |

-1-

Pursuant to Local Rule 16-10(d), Plaintiff Claudia Garcia ("Plaintiff") and Defendants ISS Facility Services, Inc., ISS Facility Services California, Inc., and Broadridge Financial Solutions, Inc. (collectively, "Defendants") (Plaintiff and Defendants are collectively referred to as the "Parties") submit this Joint Case Management Statement in advance of the Case Management Conference scheduled for January 15, 2026 at 10:00 a.m.

### 1. Plaintiff's Statement

On September 30, 2024, the Court issued an Order Granting in Part and Denying in Part Renewed Motion for Class Certification. Dkt. No. 136. On March 21, 2025, the Court granted Defendants' Motion to Decertify the Class, vacating the Court's prior Order Granting in Part and Denying in Part Renew Motion for Class Certification dated September 30, 2024. Dkt. No. 149. Plaintiff's PAGA claim and individual wage and hour claims remain.

On October 31, 2024, Plaintiff served Requests for Production of Documents (Set Three) on Defendant ISS Facility Services, Inc. and Defendant ISS Facility Services California, Inc. (collectively, "ISS"). Plaintiff was seeking updated documents regarding ISS's policies and procedures, employee handbooks and training materials, and aggrieved employees' time and payroll records, among other things, for the relevant time period for the PAGA cause of action. On January 17, 2025, ISS served responses and objections to Plaintiff's Requests for Production of Documents (Set Three).

On April 2, 2025, Plaintiff sent a meet and confer letter regarding ISS's responses to Plaintiff's Requests for Production of Documents (Set Three). On May 16, 2025 and May 29, 2025, the Parties participated in a conference regarding the issues outlined in Plaintiff's letter. On May 30, 2025, the Parties filed a joint letter brief to Magistrate Judge Robert M. Illman. Dkt No. 156. On June 17, 2025, the Parties attended a Discovery Hearing with Magistrate Judge Illman, who set a briefing schedule regarding one remaining issue. Dkt. No. 158. Defendants submitted a brief on July 8, 2025, Plaintiff's submitted an opposition on July 22, 2025, and Defendants submitted a reply on July 29, 2025. Dkt Nos. 160, 164, 165. On August 6, 2025, Magistrate Judge Illman issued an order denying Defendants' brief because the Parties' discovery dispute requested that the Court

-2-

define the scope of the PAGA claim, thus exceeding the scope of a discovery dispute and Magistrate Judge Illman's discovery referral.  Dkt. No. 166.

Following this order, the Parties agreed to mediate this case.  The Parties have come to an agreement regarding the data and information Defendants will produce in advance of mediation. The Parties scheduled a mediation with mediator Steve Rottman on June 27, 2026.

Accordingly, Plaintiff requests the Court to continue the Case Management Conference by approximately 30 days after the mediation on June 27, 2026.

### 2.    Defendants' Statement

On May 30, 2025, the Parties submitted a joint letter to Hon. Robert M. Illman regarding their further meet and confer efforts on May 29, 2025 letter per the Court's Order. In the letter, the Parties conveyed their agreement to pursue mediation to attempt resolution of the sole remaining PAGA claim. Before the Parties can proceed to mediation, however, there remained the issue of the scope of the applicable PAGA Period and whether SB 646 applies to cut off or limit the PAGA Period in any way after its effective date. Hon. Illman set a discovery hearing for June 17, 2025 on this outstanding PAGA Period issue. The Parties attended the hearing on June 17, at which time Hon. Illman set a briefing schedule regarding the issue. Following the briefing schedule, Defendants submitted their opening brief on July 8, 2025. Plaintiff then submitted her Opposition on July 22, 2025. Defendants' submitted their reply brief on July 29, 2025.

On August 6, 2025, Hon. Robert Illman denied Defendants' brief, without prejudice, reasoning that the questions raised in the brief exceed the scope of the discovery matter and must be resolved by the presiding judge. Hon. Robert Illman encouraged the Parties to engage in the mediation process.     The Parties have now agreed to mediate the case with Steve Rottman on June 27, 2026. In light of the Parties' upcoming mediation, Defendants have no objections to Plaintiff's request to continue this status conference by approximately 30 days after the mediation June 27, 2026.

DATED: January 6, 2026

Respectfully submitted,

MATERN LAW GROUP, PC

By: */s/ Erin R. Hutchins*
MATTHEW J. MATERN
MATTHEW W. GORDON
ERIN R. HUTCHINS
Attorneys for Plaintiff
CLAUDIA GARCIA, individually and on behalf of all others similarly-situated

DATED:  January 6, 2026

O'DELL LAW GROUP, APC

By: */s/ Victoria S. Yim*
JULIE W. ODELL
VICTORIA S. YIM
Attorneys for Defendants
ISS FACILITY SERVICES, INC., ISS FACILITY SERVICES CALIFORNIA, INC., and BROADRIDGE FINANCIAL SOLUTIONS, INC.

-4-

## ATTORNEY ATTESTATION

I, Erin R. Hutchins, attest that the consent in the filing of this document has been obtained from any signatories, indicated by a "conformed" signature (/s/) within this e-filed document.  I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

By: */s/ Erin R. Hutchins*
Erin R. Hutchins
Attorneys for Plaintiff CLAUDIA GARCIA, individually, and on behalf of other persons similarly situated

-5-